United States District Court
Southern District of Texas
**ENTERED**
April 09, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| RAUL LIZAZO ROMERO, | § | |
| "PETITIONER," | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00207 |
| | § | |
| WARDEN, PORT ISABEL SERVICE | § | |
| DETENTION CENTER, *et al.*, | § | |
| "RESPONDENTS." | § | |

## ORDER

Before the Court is "Petitioner's Motion to Dismiss" (Dkt. No. 6). Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Petitioner's claims against Defendant are **DISMISSED without prejudice**. The Clerk of the Court is **ORDERED** to close this case.

SIGNED this April 9, 2026

_____
Rolando Olvera
United States District Judge